**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILL-BURN RECORDING & PUBLISHING CO., Plaintiff** | ) | |
| **v.** | ) | **Civil Action No. 26-00177-KD-N** |
| **UMG RECORDINGS, INC., et al., Defendants.** | ) | |

**ORDER**

This action is before the Court on Plaintiff Will-Burn Recording & Publishing Co.'s ("Plaintiff") First Amended Complaint. (Doc. 35). Upon consideration, and for the reasons below, the First Amended Complaint is **STRICKEN**.

"Federal Rule of Civil Procedure 15(a)(1)(B) sets out the time frame for a party to amend as a matter of course when the pleading is one to which a responsive pleading is required. The quintessential pleading that requires a response is the complaint." 1 Steven S. Gensler, Federal Rules of Civil Procedure, Rules and Commentary § 15:14 (2026). Under Rule 15(a)(1)(B), "the plaintiff may amend its complaint once as a matter of course 'no later than 21 days after service of a responsive pleading or 21 days after service of a motion under Federal Rule of Civil Procedure 12(b), (e), or (f), whichever is earlier.'" Id. (quoting Fed. R. Civ. P. 15(a)(1)(B)). After the window to amend as a matter of course has passed, "a party may amend its pleadings only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

Here, more than 21 days have passed since two defendants filed Rule 12(b) motions to dismiss. Therefore, the period to amend as a matter of course has passed. If Plaintiff seeks to amend the complaint, Plaintiff must obtain the opposing parties' written consent or the Court's leave.

Plaintiff's counsel is advised to read the relevant rules (federal and local) before filing documents. Of note, the Court has already explained Federal Rule of Civil Procedure 15(a) to Plaintiff's counsel when he attempted to file an amended complaint as a matter of course after the deadline passed. See Black v. Royal Am. Mgmt., No. CV 1:24-00229-KD-N, 2025 WL 310141, at *3 (S.D. Ala. Jan. 27, 2025). In that case, the Court ultimately granted the plaintiff's motion for leave to amend the complaint, but Plaintiff's counsel later filed a different amended complaint than the one attached to the motion. (Case No. 24-00229-KD-N; Doc. 45). This resulted in the Court striking the filing and explaining Civil Local Rule 15 to Plaintiff's counsel. (Id.). In short, Plaintiff's counsel should be familiar with the relevant rules on amending pleadings.

**DONE** and **ORDERED** this the **19th** day of **August 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**