**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILL-BURN RECORDING & PUBLISHING CO., Plaintiff** | ) | |
| **v.** | ) | **Civil Action No. 26-00177-KD-N** |
| **UMG RECORDINGS, INC., et al., Defendants.** | ) | |

**ORDER**

This action is before the Court on Plaintiff Will-Burn Recording & Publishing Co.'s ("Plaintiff") motion for leave to file an amended complaint. (Doc. 37). Federal Rule of Civil Procedure 15(a)(2) allows a party to amend its pleadings with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." Id. Under this standard, courts should "liberally grant leave to amend when 'the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief.'" In re Engle Cases, 767 F.3d 1082, 1108 (11th Cir. 2014) (quoting Foman v. Davis, 371 U.S. 178, 182 (1962)). Moreover, the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Upon consideration, Defendants Suno, Inc. and Warner Chappel Music are **ORDERED** to respond to the motion for leave to amend the complaint **on or before September 4, 2026**.

**DONE** and **ORDERED** this the **21st** day of **August 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**